## JOSEPH CATALANO *v.* HOUSING AUTHORITY OF THE CITY OF MERIDEN
### (9519)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued May 1—decision released May 21, 1991

*Barry T. Pontolillo,* for the appellant (defendant).
*Judy D. Rintoul,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## ALLAN LEE ET AL. *v.* CHERYL VANDEVER
### (9346)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued April 29—decision released May 21, 1991

*Charles A. Sherwood,* for the appellants (plaintiffs).
*Carl A. Secola, Jr.,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.